ARTHUR B. DAUB, Respondent, v. CITY TITLE INSURANCE COMPANY, Appellant.—

No opinion. Wenzel, Acting P. J., MacCrate,
Schmidt, Beldock and Ughetta, JJ., concur.

■

JEAN GANEK et al., Respondents, v. CITY OF NEW YORK, Appellant.—

Nolan, P. J., Wenzel,
Schmidt, Beldock and Murphy, JJ., concur.